

**KATHERINE KELLY FELL**
*Partner*
55 Hudson Yards  |  New York, NY 10001-2163
T: +1 (212) 530-5207
kfell@milbank.com  |  milbank.com

December 16, 2025

**VIA ECF**

Hon. Jennifer L. Rochon
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1029
New York, NY 10007

    Re:    *Yee v. KalshiEX LLC, et al.*, No. 25-cv-08585-JLR

Dear Judge Rochon:

    We write on behalf of Defendants KalshiEX LLC, Kalshi Inc., Kalshi Klear LLC, Kalshi Klear Inc., and Kalshi Trading LLC ("Defendants") to request the Court to adjourn the January 7, 2026 Initial Pretrial Conference, and all associated deadlines, including the parties' obligation to file a proposed Civil Case Management Plan. Plaintiff Daniel Yee, individually and on behalf of all other similarly situated, joins in this request.

    Defendants intend to move to compel arbitration and to move to dismiss the Complaint, which is scheduled to be fully briefed by March 16, 2026. (ECF No. 13). The parties respectfully request an adjournment of the Initial Pretrial Conference to a date after briefing of the motions is complete. This is the parties' first request to adjourn the Initial Pretrial Conference.

    We thank the Court for its consideration of this request.

    Respectfully submitted,

    */s/ Katherine Kelly Fell*

    Katherine Kelly Fell

cc: All Counsel of Record (via ECF)

MILBANK LLP

NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | HONG KONG | SEOUL | SINGAPORE | TOKYO