UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL YEE, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>KALSHIEX LLC, KALSHI INC., KALSHI KLEAR LLC, KALSHI KLEAR INC., KALSHI TRADING LLC, and DOES 1-20<br><br>        Defendants. | Case No. 25-cv-8585-JLR |

**NOTICE OF MOTION TO COMPEL ARBITRATION AND, IN THE ALTERNATIVE, TO DISMISS THE COMPLAINT**

PLEASE TAKE NOTICE that Defendants KalshiEX LLC, Kalshi Inc., Kalshi Klear LLC., Kalshi Klear Inc., and Kalshi Trading LLC (collectively, "Defendants"), by their undersigned attorneys, will move before the Honorable Jennifer L. Rochon, United States District Judge, United States District Court, in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time to be determined by the Court, for an Order pursuant to the Federal Arbitration Act, 9 U.S.C. § 4 compelling arbitration and staying this action, and, in the alternative, for an Order dismissing Plaintiff's Complaint (ECF No. 1), dated October 16, 2025, with prejudice pursuant to Federal Rule of Civil Procedure 12(b), and awarding such further relief as the Court deems just and proper.

The grounds for this motion are set forth in the Memorandum of Law in Support of Defendants' Motion to Compel Arbitration and, in the Alternative, to Dismiss Pursuant to Rule 12(b), dated January 20, 2026, and the accompanying Declaration of Xavier Sottile and the exhibits thereto.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's January 12, 2026 Order, ECF No. 26, Plaintiff's opposition is due by March 5, 2026 and Defendants' reply is due March 23, 2026.

Dated: January 20, 2026
New York, New York

By: /s/ Sean M. Murphy
Sean M. Murphy
Katherine Kelly Fell
Matthew J. Laroche
Andrew L. Porter
Ashley A. Satterlee
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001-2163
Telephone: 212-530-5000
smurphy@milbank.com
kfell@milbank.com
mlaroche@milbank.com
aporter@milbank.com
asatterlee@milbank.com

Joshua B. Sterling (pro hac vice)
**MILBANK LLP**
1101 New York Avenue NW
Washington D.C. 20005
Telephone: 202-835-7500
jsterling@milbank.com

*Counsel for Defendants KalshiEX LLC, Kalshi Inc., Kalshi Klear LLC., Kalshi Klear Inc., and Kalshi Trading, LLC*