UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL YEE, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>KALSHIEX LLC, KALSHI INC., KALSHI KLEAR LLC, KALSHI KLEAR INC., KALSHI TRADING LLC, and DOES 1-20<br><br>     Defendants. | Case No. 25-cv-8585-JLR |

**DECLARATION OF XAVIER SOTTILE IN SUPPORT OF DEFENDANTS'**
**MOTION TO COMPEL ARBITRATION**

XAVIER SOTTILE, pursuant to 28 U.S.C. § 1746, declares as follows:

  1.  I am the Head of Markets at KalshiEX LLC ("KalshiEX"). In that role, I am responsible for the generation of new markets. I received an undergraduate degree in economics from Yale University in 2020. Before joining KalshiEX, I worked at the U.S. House of Representatives, Bridgewater Associates, and the Yale Program on Financial Stability.

  2.  My duties include devising new contracts and shepherding those proposals from inception to completion. I also facilitate the process by which our markets undergo the regulatory review cycle under the purview of the Commodity Futures Trading Commission ("CFTC"). This involves everything from personally notifying the CFTC of contracts that Kalshi has self-certified under Section 5c(c) of the Commodity Exchange Act (the "Act") and Section 40.2(a) of the CFTC regulations to maintaining records pursuant to their requirements, certifying that Kalshi's contracts comply with the Act, and communicating with CFTC staff over the substance of contract filings.

In addition to those duties, I also advise KalshiEX on matters relevant to user experience and user interface.

3. The facts set forth herein are within my personal knowledge, and if called as a witness, I could and would competently testify to them.

4. I make this declaration in support of the Motion to Compel Arbitration ("Motion") submitted by KalshiEX, Kalshi Inc., Kalshi Klear LLC, Kalshi Klear Inc., and Kalshi Trading LLC ("Kalshi").

5. KalshiEX is a CFTC-registered DCM that offers swap contracts on its federally regulated derivatives exchange.

6. KalshiEX's exchange is available on its website (https://kalshi.com) and through its mobile application offered on Android and iOS (Apple platforms) (the "KalshiEX Platform").

7. Users can trade swaps on the KalshiEX Platform known as event contracts, which are derivative contracts where the payoff is based on the occurrence, nonoccurrence, or the extent of the occurrence of an event or contingency associated with a potential financial, economic, or commercial consequence.

8. Before executing any swaps on the KalshiEX Platform, participants are required to create an account and agree to KalshiEX's legal terms.

9. The registration and sign in procedures for the KalshiEX Platform described below have been in force since at least November 2024, when Daniel Yee ("Plaintiff") first accessed the KalshiEX Platform.

10. Specifically, as part of the registration process, each user must first select whether they wish to sign up with Google, Apple, or an email account.

11.     Immediately below these options is a notice stating: "By continuing, you acknowledge and agree to Kalshi's legal terms, **which we recommend reviewing**."

12.     Below is a true and correct image of the Kalshi registration page, showing the documents linked in the notice appearing under the sign-up options.  As depicted below, the entire registration prompt is displayed clearly on one screen.



13.     The text, "**which we recommend reviewing,**" in the notice appearing during the registration process, links users to a pop-up window containing the following Kalshi documents: (1) "Member Agreement," (2) "Rulebook," (3) "Kalshi Klear Rulebook," (4) "Privacy Policy," (5) "Trading Prohibitions," and (6) "Kalshi Klear Participant Agreement" (together, the "User Agreements").

14.     A user can create an account via Kalshi's mobile app or on its website, but the account creation and login process, including the prompts to review the User Agreements, are the same in relevant part across either platform.

15.     After selecting whether to sign up with Google, Apple, or email, the user is then redirected to a page prompting the user to enter their phone number, email, or Google account information.

16.     If a user selects "Continue with Email," the user is taken to another screen with a field to enter their email immediately followed by a second prompt to review Kalshi's User Agreements, using the same text as the original signup screen: "By continuing, you acknowledge and agree to Kalshi's legal terms, **which we recommend reviewing**."

17.     Below is a true and correct image of the Kalshi registration page after having selected "Continue with Email."

**What's your email?**

[ ]

Have an account? Log in

By continuing, you acknowledge and agree to Kalshi's legal terms, which we recommend reviewing →

Continue

18. As shown below, the words "**which we recommend reviewing**" links the user to a pop-up window containing the User Agreements. Below the text is a corresponding "Continue" button.

[screenshot of Kalshi registration page showing "What's your email?" prompt with a pop-up listing: Member Agreement, Rulebook, Kalshi Klear Rulebook, Privacy Policy, Trading Prohibition, Kalshi Klear Participant Agreement]

19. If a user selects "Continue with Google," they are shown a prompt with a field to enter the email or phone number they will use to register, and a corresponding "Next" button. Between these prompts is a notice stating: "Before using this app, you can review Kalshi's privacy policy and terms of service." The bolded words "**terms of service**" hyperlink to the "Kalshi Member Agreement."

20. Below is a true and correct image of the Kalshi registration page after having selected "Continue with Google":



21. Below is a true and correct image of the log-in screen for Kalshi's Platform. After a user registers for a KalshiEX account, the same prompt to review and agree to the User Agreements appears each time the user logs into the platform. As depicted below, the log-in interface prominently displays the same text that appears on the registration screen: "By continuing, you acknowledge and agree to Kalshi's legal terms, **which we recommend reviewing**." "Which we recommend reviewing" appears in dark grey font against a white background, with the text hyperlinked and accompanied by an arrow to draw the user's attention and permit access to the User Agreements with a single click.



22. Due to the flow of the KalshiEX Platform, Plaintiff would have seen the text "[b]y continuing, you acknowledge and agree to Kalshi's legal terms, **which we recommend reviewing**" each time he logged in to his account. KalshiEX's records indicate that Plaintiff logged into his account no fewer than 71 times.

23. Participants cannot execute any trades on the KalshiEX Platform without signing into their accounts. It is not possible to execute any trades as a "guest" on the KalshiEX platform.

24. The Rulebook is one of the User Agreements that users are prompted to review and agree to upon creating an account and each time the user logs into the platform. Attached hereto as **Exhibit 1** is a true and correct copy of the Kalshi Rulebook, which can be accessed electronically at kalshi.com/regulatory/rulebook.

25. Section 11.3(d) of the Rulebook states: "EACH PARTICIPANT OF KALSHI AGREES THAT ANY ACTION IT BRINGS AGAINST A KALSHI PARTY . . . WILL BE RESOLVED BY BINDING ARBITRATION, IN ACCORDANCE WITH THE RULES OF THIS CHAPTER."

7

26. The electronic version of the Rulebook contains a hyperlinked table of contents. The Table of Contents contains a line for Chapter 11.3, titled "Limitations of Liability." When a user clicks on Chapter 11.3, the user is directed to that chapter of the Rulebook containing the arbitration provision as well as other information relevant to when a user may bring an action and recover from Kalshi, such as the governing law and certain limitations on timing and damages.

27. Kalshi's Rulebook is updated from time to time, but the above referenced terms have been included since at least November 2024, when Plaintiff first accessed the KalshiEX Platform.

28. Kalshi's Member Agreement is another one of the User Agreements, which users are notified of and agree to as part of the registration process and each time they log into the platform.

29. Attached hereto as **Exhibit 2** is a true and correct copy of the Kalshi Member Agreement, which can be accessed electronically at https://kalshi-public-docs.s3.amazonaws.com/regulatory/agreement/kalshi_member_agreement.pdf.

30. Section VII of the Member Agreement, titled "Member Acknowledgements," provides: "You will abide by and be subject to the language of the Kalshi Rulebook, as now existing and as hereafter duly amended from time to time including the obligation to submit to arbitration." Ex. 2 at VII.A.

31. The governing law section of the Member Agreement also provides that "[a]ny dispute between Kalshi and You arising from or in connection with this Agreement will be settled in accordance with the procedures set forth in the Kalshi Rulebook." *Id.* at XX (Governing Law).

32. Additionally, the Member Agreement calls attention to the fact that the user is agreeing to be bound by the terms of not only the Member Agreement, but all documents

incorporated by reference, including the Rulebook. The Member Agreement states at the beginning of the document, in all-capitalized text:

> PLEASE CAREFULLY READ AND MAKE SURE YOU UNDERSTAND THIS ENTIRE MEMBER AGREEMENT . . . , INCLUDING ALL DOCUMENTS INCORPORATED BY REFERENCE, BEFORE YOUR CREATION AND USE OF A KALSHI ACCOUNT. CLICKING THE BUTTON TO CONTINUE PAST THIS AGREEMENT IS THE LEGAL EQUIVALENT OF MANUALLY SIGNING AND AGREEING TO BE BOUND BY THIS AGREEMENT.

Ex. 2 at 1.

33. Kalshi's Member Agreement is updated from time to time, but the above-referenced terms have been included since December 2024. Prior to December 2024, the beginning of the Member Agreement stated:

> PLEASE CAREFULLY READ AND MAKE SURE YOU UNDERSTAND THIS ENTIRE MEMBER AGREEMENT INCLUDING ALL DOCUMENTS INCORPORATED BY REFERENCE, BEFORE YOUR CREATION AND USE OF A KALSHI ACCOUNT. CLICKING THE "I ACCEPT" BUTTON IS THE LEGAL EQUIVALENTOF YOU MANUALLY SIGNING AND AGREEING TO BE BOUND TO THIS AGREEMENT.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 20, 2026
New York, New York

_____
Xavier Sottile