UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL YEE, *individually and on behalf of all other similarly situated*,<br><br>         Plaintiff,<br><br>    -against-<br><br>KALSHIEX LLC, KALSHI INC, KALSHI KLEAR LLC, KALSHI KLEAR INC., KALSHI TRADING LLC, and DOES 1-20,<br>         Defendants. | **NOTICE OF CONFERENCE**<br><br><br>Case No. 1:25-cv-08585 (JLR) |
| CRYSTAL PELAYO, JACOB TINGLE, ISAIAH ESQUIBEL, GINO GADALETA, BRICE GAMBILL, RALEIGH MELANCON, and MICAH PARKER, *individually and on behalf of others similarly situated*,<br><br>         Plaintiffs,<br><br>    -against-<br><br>KALSHI INC.;KALSHIEX LLC; KALSHI KLEAR INC.; KALSHI KLEAR LLC; and KALSHI TRADING LLC,<br>         Defendants. | Case No. 1:25-cv-09913 (JLR) |
| ALEXANDER HALLMAN, JEREMY KRAVETZ, DANIEL GREENBERG, NATHANIEL BEE, AND ABHJIN GUTTA, *individually and on behalf others similarly situated*,<br><br>         Plaintiffs,<br><br>    -against-<br><br>KALSHIEX LLC, KALSHI, INC., KALSHI KLEAR INC., KALSHI KLEAR LLC, and KALSHI TRADING LLC,<br>         Defendants. | Case No. 1:26-cv-00317 (JLR) |

JENNIFER L. ROCHON, United States District Judge:

On January 20, 2026, the Court accepted *Hallman, et al. v. KalshiEX LLC, et al.*, No. 26-cv-00317 (JLR), as related to an earlier action, *Yee, et al. v. KalshiEX LLC*, No. 25-cv-08585 (JLR).  On January 23, 2026, the Court further accepted *Pelayo, et al. v. Kalshi Inc., et al.*, No. 25-cv-09913 (ALC), as related to the *Yee* and *Hallman* actions.

In the *Yee* action, Defendants Kalshiex LLC, Kalshi Inc., Kalshi Klear LLC, Kalshi Klear Inc., and Kalshi Trading LLC (the "Kalshi Defendants") filed a motion to compel arbitration and, in the alternative, dismiss the complaint, on January 20, 2026; the *Yee* plaintiffs' opposition is currently due March 5, 2026.  *See* Dkts. 26, 29, No. 25-cv-08585.  In the *Pelayo* action, previously before Judge Carter, the Kalshi Defendants have requested a conference in anticipation of filing a motion to compel arbitration and, in the alternative, dismiss the complaint.  *See* Dkt. 19, No. 25-cv-09913.  The *Hallman* action was initiated on January 13, 2026, by the filing of a complaint, *see* Dkt. 1, No. 26-cv-00317, and the Kalshi Defendants have not yet appeared in the matter.  There has not yet been an initial pretrial conference in any of these three actions.

It is hereby ORDERED that counsel for all parties appear for a status conference with the Court on **February 5, 2026**, at **11:30 a.m.**, in **Courtroom 20B** of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.  At that conference, the Court will discuss the options for consolidation of these three actions for purposes of the Kalshi Defendants' pending and anticipated motions to compel arbitration, and for purposes of future proceedings.

It is further ORDERED that the parties shall, prior to the February, 5, 2026 conference, file a Proposed Stipulation to Consolidate Actions and Set Scheduling Deadlines, setting forth protocols for docketing in this matter, as well as a schedule for motions for the appointment of a

lead plaintiff and interim lead counsel pursuant to Federal Rule of Civil Procedure 23(g)(3), for

the filing of a consolidated amended class action complaint, and for the filing of the Kalshi

Defendants' motion to compel arbitration.  *See e.g.*, Stipulation, *In re Gerson Lehrman Grp., Inc.*

*Data Sec. Incident Litig.*, No. 24-cv-02194 (KPF) (S.D.N.Y. May 24, 2024), ECF No. 16.  Any

remaining legal issues can be addressed at the conference.

Counsel are directed to review and comply with the Court's Individual Rules of Practice

in Civil Cases, available at JLR Rochon Individual Rules of Practice in Civil Cases - June 23,

2025.pdf.

Dated: January 23, 2026
      New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge

3