UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL YEE, *individually and on behalf of all other similarly situated*,<br><br>      Plaintiff,<br><br>-against-<br><br>KALSHIEX LLC, KALSHI INC, KALSHI KLEAR LLC, KALSHI KLEAR INC., KALSHI TRADING LLC, and DOES 1-20,<br><br>      Defendants. | **ORDER**<br><br>Case No. 1:25-cv-08585 (JLR) |
| CRYSTAL PELAYO, JACOB TINGLE, ISAIAH ESQUIBEL, GINO GADALETA, BRICE GAMBILL, RALEIGH MELANCON, and MICAH PARKER, *individually and on behalf of others similarly situated*,<br><br>      Plaintiffs,<br><br>-against-<br><br>KALSHI INC.;KALSHIEX LLC; KALSHI KLEAR INC.; KALSHI KLEAR LLC; and KALSHI TRADING LLC,<br><br>      Defendants. | Case No. 1:25-cv-09913 (JLR) |
| ALEXANDER HALLMAN, JEREMY KRAVETZ, DANIEL GREENBERG, NATHANIEL BEE, AND ABHJIN GUTTA, *individually and on behalf others similarly situated*,<br><br>      Plaintiffs,<br><br>-against-<br><br>KALSHIEX LLC, KALSHI, INC., KALSHI KLEAR INC., KALSHI KLEAR LLC, and KALSHI TRADING LLC,<br><br>      Defendants. | Case No. 1:26-cv-00317 (JLR) |

JENNIFER L. ROCHON, United States District Judge:

The status conference in these cases currently scheduled for February 5, 2026, at 11:30 a.m., shall be held on **February 13, 2026**, at **12:00 p.m**. The conference will be held remotely via Microsoft Teams. Counsel shall submit an appearance sheet pursuant to the Court's Individual Rule 2(B) by **February 10, 2026**, and will receive Microsoft Teams log-in credentials at the email addresses provided. The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 620 441 983#.

Dated: February 3, 2026
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge