UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re KALSHI SPORTS PREDICTION MARKET LITIGATION | Lead Case No. 25-cv-08585 (JLR)<br><br>Consolidated with cases 25-cv-09913 and 26-cv-00317<br><br>CLASS ACTION |

**JOINT LETTER RE STATUS CONFERENCE APPEARANCES**

Dear Judge Rochon:

Plaintiffs and Defendants in the above-referenced action write jointly, pursuant to your Honor's Individual Rule 2(B), to notify the Court of the attorneys' identities and contact information that will be appearing at the status conference scheduled for February 13, 2025 at 12:00 pm. Dkt. 34.

The following attorneys will be appearing and speaking at the conference on behalf of Plaintiffs:

- David Stellings of Lieff Cabraser Heimann & Bernstein LLP
    - Telephone: 212-355-9500
    - Email: dstellings@lchb.com

- Katherine M. Aizpuru of Tycko & Zavareei LLP
    - Telephone: 202-973-0900
    - Email: kaizpuru@tzlegal.com

The following attorney will be appearing and speaking at the conference on behalf of Defendants:

- Matthew J. Laroche of Milbank LLP
    - Telephone: 212-530-5514
    - Email: mlaroche@milbank.com

Dated: February 10, 2026 Respectfully submitted,

By:   */s/ David Stellings*
     David Stellings
     Wilson M. Dunlavey
     Jacob S. Miller
     **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
     250 Hudson Street, 8th Floor
     New York, NY 10013-1413
     Telephone: 212.355.9500
     Facsimile: 212.355.9592
     dstellings@lchb.com
     wdunlavey@lchb.com
     jmiller@lchb.com

     Katherine M. Aizpuru, NY Bar No. 5305990
     Robert M. Devling, *pro hac vice* to be filed
     **TYCKO & ZAVAREEI LLP**
     2000 Pennsylvania Avenue, NW, Suite 1010
     Washington, District of Columbia 20006
     Telephone: 202.973.0900
     kaizpuru@tzlegal.com
     rdevling@tzlegal.com

     *Proposed Co-Lead Counsel for Plaintiffs*


Dated: February 10, 2026 By: *ial/s/ Matthew J. Laroche*
     Matthew J. Laroche
     **MILBANK LLP**
     55 Hudson Yards
     New York, NY 10001
     (212) 530-5000
     mlaroche@milbank.com

     *Attorneys for Defendants*