UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re KALSHI SPORTS PREDICTION MARKET LITIGATION | Case No. 1:25-cv-08585 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

In light of the parties' Stipulation to Consolidate Actions and Set Scheduling Deadlines, *see* Dkt. 36, the status conference scheduled for February 13, 2026, is cancelled. The parties are reminded that an initial pretrial conference is scheduled in this matter for April 16, 2026. *See* Dkt. 23.

Dated: February 12, 2026
    New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge