**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re KALSHI SPORTS PREDICTION MARKET LITIGATION<br><br><br>This action relates to: | Lead Case No. 25-cv-08585 (JLR)<br><br>Consolidated with cases 25-cv-09913 and 26-cv-00317<br><br>CLASS ACTION<br><br>~~[PROPOSED]~~ **STIPULATION TO CONSOLIDATE ACTIONS AND SET SCHEDULING DEADLINES** |
| CHRISTOPHER JENNINGS, individually and on behalf of others similarly situated,<br><br>        Plaintiffs,<br><br>        -against-<br><br>KALSHI INC.; KALSHIEX LLC; KALSHI KLEAR INC.; KALSHI KLEAR LLC; KALSHI TRADING LLC, SUSQUEHANNA INTERNATIONAL GROUP, LLP, and SUSQUEHANNA GOVERNMENT PRODUCTS, LLP,<br><br>        Defendants. | Case No. 1:26-cv-01924 (JLR)<br><br>**JURY TRIAL DEMANDED** |

**~~[PROPOSED]~~ STIPULATION TO CONSOLIDATE ACTIONS**
**AND SET SCHEDULING DEADLINES**

Plaintiffs in the above-captioned related actions (the "Related Actions") and their counsel have conferred with Defendants Kalshi Inc., KalshiEX LLC, Kalshi Klear, Inc., Kalshi Klear LLC, Kalshi Trading LLC, Susquehanna International Group, LLP, and Susquehanna Government Products, LLLP (together "Defendants") (collectively with Plaintiffs, the "Parties") and their counsel state as follows:

-1-

WHEREAS, on February 6, 2026, counsel for three actions pending in this District—the *Yee*, *Pelayo*, and *Hallman* actions—filed a [Proposed] Stipulation to Consolidate Actions and Set Scheduling Deadlines (*see* Dkt. 35);

WHEREAS, on February 9, 2026, the Court so-ordered the Stipulation to Consolidate Actions and Set Scheduling Deadlines (*see* Dkt. 36), and captioned the consolidated action as *In re Kalshi Sports Prediction Market Litigation*, No. 1:25-cv-08585-JLR (the "Consolidated Action");

WHEREAS, on March 9, 2026, *Jennings v. Kalshi Inc., et al.*, No. 1:26-cv-01924-JLR (the "*Jennings* Action") was voluntarily transferred to this District, and on March 11, 2026, the *Jennings* Action was accepted as related to the Consolidated Action;

WHEREAS, the Related Actions assert overlapping causes of actions and are premised on essentially the same factual background and legal theories, name some of the same defendants,[1] and assert claims on behalf of similar classes;

WHEREAS, the Parties have conferred and agree that these Related Actions should be consolidated pursuant to Federal Rule of Civil Procedure 42;

WHEREAS, the current deadline to file a Consolidated Complaint in the Consolidated Action is March 24, 2026 (*see* Dkt. 36); and

WHEREAS, Plaintiffs' counsel seek two additional weeks to prepare a Consolidated Complaint in light of the recently transferred *Jennings* Action, and Defendants respectfully request that their motion deadlines be adjusted accordingly;

NOW, THEREFORE, the undersigned parties, through their attorneys and subject to the Court's approval, stipulate and agree to the following:

1.      The *Jennings* Action shall be consolidated into the Consolidated Action;

2.      The Parties further agree and propose that the Clerk administratively close the *Jennings* Action;

---

[1] The *Jennings* Action also asserts claims against Susquehanna International Group, LLP and Susquehanna Government Products, LLLP. *See Jennings*, No. 1:26-cv-1924, Dkt. 1, ¶¶ 47-48.

3.      Any papers in the Consolidated Action shall bear the caption previously ordered by the Court when it consolidated the *Yee*, *Pelayo*, and *Hallman* actions and appointed Interim Co-Lead Counsel and a Steering Committee (*see* Dkt. 36 at 2);

4.      On or before April 7, 2026, Plaintiffs shall file their Consolidated Complaint;

5.      On or before May 5, 2026, Defendants shall file a motion to compel arbitration;

6.      Plaintiffs shall respond to Defendants' motion by June 4, 2026, and Defendants shall submit their reply in support of their motion(s) by June 25, 2026;

7.      If the Court denies Defendants' motion to compel arbitration, Defendants shall answer, move, or otherwise respond to Plaintiffs' Consolidated Complaint within forty-five (45) days of the denial of their motion to compel arbitration;

8.      If Defendants' response to Plaintiffs' Consolidated Complaint is a motion to dismiss, Plaintiffs shall have forty-five (45) days to respond thereto, and Defendants shall have thirty (30) days to file their reply in support of their motion; and

9.      By agreeing to consolidate the Related Actions and entering into this stipulation, Defendants do not waive, and expressly reserve, any and all rights and defenses which may be available to them in connection with the Related Actions.

**STIPULATED AND AGREED:**

Dated: <u>March 20</u>, 2026

*Jennifer Rochon*

Hon. Jennifer L. Rochon
United States District Judge

Dated:  March 19, 2026                Respectfully submitted,

By:    /s/ David Stellings
                David Stellings
                Wilson M. Dunlavey
                Jacob S. Miller
                **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
                250 Hudson Street, 8th Floor
                New York, NY 10013-1413
                Telephone: 212.355.9500
                Facsimile: 212.355.9592
                dstellings@lchb.com
                wdunlavey@lchb.com
                jmiller@lchb.com

                Katherine M. Aizpuru, NY Bar No. 5305990
                Robert M. Devling, *pro hac vice* to be filed
                **TYCKO & ZAVAREEI LLP**
                2000 Pennsylvania Avenue, NW, Suite 1010
                Washington, District of Columbia 20006
                Telephone: 202.973.0900
                kaizpuru@tzlegal.com
                rdevling@tzlegal.com

                Laurence D. King
                Aaron Schwartz
                Clara P. Abramson
                **KAPLAN FOX & KILSHEIMER LLP**
                800 Third Avenue, 38th Floor
                New York, NY 10022
                Telephone: (212) 687-1980
                lking@kaplanfox.com
                aschwartz@kaplanfox.com
                cabramson@kaplanfox.com

                *Attorneys for Plaintiffs in In re Kalshi Sports Prediction Market Litigation*

-4-

Dated: March 19, 2026          By: */s/ J. Mitchell Williams*

J. Mitchell Williams [ABS 8560X19D]
W. Daniel "Dee" Miles [ASB-7656-M75W]
Dylan T. Martin [ASB-2336B15S]
Trenton H. Mann [ASB-5716Z690]
**BEASLEY, ALLEN, CROW,**
**METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street
Montgomery, Alabama 36104
T: (334) 269-2343 F: (334) 954-7555
dee.miles@beasleyallen.com
mitch.williams@beasleyallen.com
dylan.martin@beasleyallen.com
Trent.mann@beasleyallen.com

Joel D. Smith
Yeremey O. Krivoshey
**SMITH KRIVOSHEY, PC**
166 Geary Str STE 1500-1507
San Francisco, CA 94108
T: 415-839-7077 /F:(888)410-0415
joel@skclassactions.com
yeremey@skclassactions.com

Jonathan D. Wynn, III [ASB-3044M52I]
**THE CLEVELAND FIRM, LLC**
707 McQueen Smith Road S.
Prattville, Alabama 36066
(334)365-6266 / (334)365-6818 Fax
Jonathan@clevelandgroup.legal

*Attorneys for Plaintiff in the Jennings Action*

Dated: March 19, 2026          By: */s/ Matthew Laroche*

Matthew J. Laroche
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
(212) 530-5000
mlaroche@milbank.com

*Attorneys for Defendants*