UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |
|---|
| IN RE KALSHI SPORTS PREDICTION MARKET LITIGATION |

Case No. 1:25-cv-08585 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record at the April 16, 2026 conference, the Court will not enter a case management schedule at this time and instead the parties will engage in limited discovery relevant to Defendants' anticipated motion to compel arbitration. The current briefing schedule for Defendants' motion to compel arbitration, *see* Dkt. 43, is ADJOURNED. The parties shall propose a new briefing schedule for this motion no later than one week after decisions have been rendered on Defendants' pending (and impending) motions to transfer into this Court three purportedly related matters from federal district courts in Illinois, Oregon, and Georgia.

Dated: April 16, 2026
         New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge