UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE KALSHI SPORTS PREDICTION MARKET LITIGATION

Case No. 1:25-cv-08585 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On April 16, 2026, the Court requested the parties propose a briefing schedule for Defendants' motion to compel no later than one week after decisions have been rendered on Defendants' pending (and impending) motions to transfer into this Court three purportedly related matters from federal district courts in Illinois, Oregon, and Georgia. Dkt. 55. The Illinois and Oregon cases, as well as another case from Kentucky, have since been transferred to the Southern District of New York. Dkt. 56.

The Court instructs the parties to file a joint status letter no later than **November 5, 2026**, updating the Court on the status of this matter, including the motions to transfer in the Georgia case.

Dated: October 29, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge