Milbank
MATTHEW LAROCHE
*Partner*
55 Hudson Yards | New York, NY 10001-2163
T: +1 (212) 530-5514
mlaroche@milbank.com | milbank.com

November 5, 2026

**VIA ECF**

The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1029
New York, NY 10007-1312

Re: *In re Kalshi Sports Prediction Market Litigation*, Case No. 1:25-cv-08585 (JLR)

Dear Judge Rochon:

Pursuant to the Court's October 29, 2026 Order, Plaintiffs and Defendants in the above-referenced action (the "Parties") write jointly to update the Court on the status of this matter, including certain Defendants' motion to transfer the Georgia case (*Kaiserman v. Kalshi Inc.*, No. 1:26-cv-01525 (N.D. Ga.)). As the Court noted, the Illinois and Oregon actions, along with a related class action in Kentucky, have been transferred to this District. *See* Dkt. 59. The Illinois action has since been voluntarily dismissed. *See* Notice of Voluntary Dismissal, *Josephson v. Kalshi Inc.*, No. 1:26-cv-04126 (S.D.N.Y. May 20, 2026), Dkt. 28. The Oregon and Kentucky actions have been designated related to *In re Kalshi*, and the parties in those cases have been ordered to confer regarding consolidation. *See* Dkt. 57. The *Kaiserman* motion to transfer was filed on May 14, 2026, the motion was fully briefed on June 18, 2026, and a decision is pending.

Defendants also await a decision on a motion to transfer to this Court a similar class action pending in Massachusetts—*Smith v. Kalshi Inc.*, No. 1:26-cv-12413 (D. Mass.). Defendants filed a motion to transfer *Smith* on July 7, 2026, and briefing on the motion was completed on August 7, 2026. Defendants also expect to remove to federal court and then move to transfer *Farias v. Kalshi Inc.*, No. 1CCV-26-0001429 (Haw. Cir. Ct.), a similar class action commenced on October 1, 2026. The Parties understand that the Court does not intend to wait for decisions regarding the transfer of *Smith* and *Farias* prior to setting a briefing schedule in this action, but Defendants wish to advise Your Honor of the possibility that these similar cases may also be before this Court in due course.

The Parties are in the process of conferring with counsel for plaintiffs in *Reynolds v. Kalshi Inc.*, No. 1:26-cv-05238 (S.D.N.Y.), and *Roberts v. Kalshi Inc.*, No. 1:26-cv-05246 (S.D.N.Y.), the Oregon and Kentucky actions, concerning consolidation of those actions with *In re Kalshi*

pursuant to Federal Rule of Civil Procedure 42(a). The Parties have agreed to the following schedule with respect to consolidation and proposed briefing of Defendants' anticipated motion to compel arbitration:

1. On or before November 25, 2026, the Parties will confer with plaintiffs in all related actions before the Court including, if already transferred, *Kaiserman, Smith*, and *Farias,* regarding consolidation and advise the Court of the position of all parties with respect to consolidation;

2. Within ten (10) days of the entry of an order consolidating all related actions before the Court, or an order denying such consolidation with respect to certain plaintiffs (the "Consolidation Order"), the Parties will submit a proposed scheduling order (the "Scheduling Order") for filing of a consolidated complaint and briefing of Defendants' anticipated motion to compel arbitration;

3. The Parties anticipate proposing a Scheduling Order that calls for the following:

    a. Within thirty (30) days of entry of the Scheduling Order, plaintiffs for all consolidated actions shall file their consolidated complaint;

    b. Within thirty (30) days of the filing of the consolidated complaint, Defendants shall file their motion to compel arbitration;

    c. Within thirty (30) days of the filing of the motion to compel arbitration, Plaintiffs shall file their opposition to Defendants' motion;

    d. Within twenty (20) days of the filing of the opposition, Defendants shall file their reply in further support of their motion; and

    e. Within forty-five (45) days of a denial of their motion to compel arbitration, Defendants shall answer, move, or otherwise respond to Plaintiffs' consolidated complaint.

The Parties agree that the Scheduling Order, once approved, will govern regardless of the status of Defendants' pending motions to transfer before other courts. However, in an effort to promote judicial efficiency and potential consolidation of all related cases, Defendants will advise the Georgia, Massachusetts, and Hawaii courts of the Consolidation Order within seven (7) days of its entry so that those courts are aware of the status of this action.

This approach is acceptable to the Court.

Dated: November 6, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon

**JENNIFER L. ROCHON**
**United States District Judge**

Dated: November 5, 2026 Respectfully submitted,

By: /s/ Matthew J. Laroche

Matthew J. Laroche
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
(212) 530-5000
mlaroche@milbank.com

*Attorneys for Defendants*

Dated: November 5, 2026 By: /s/ David Stellings

David Stellings
Wilson M. Dunlavey
Jacob S. Miller
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: 212.355.9500
Facsimile: 212.355.9592
dstellings@lchb.com
wdunlavey@lchb.com
jmiller@lchb.com

Katherine M. Aizpuru, NY Bar No. 5305990
Robert M. Devling (admitted *pro hac vice*)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue, NW, Suite 1010
Washington, District of Columbia 20006
Telephone: 202.973.0900
kaizpuru@tzlegal.com
rdevling@tzlegal.com

*Co-Lead Counsel for Plaintiffs*